IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:19-cv-24649-DPG

GATOR COASTAL SHOPPING CENTRE, LLC

     Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,
et al.,

     Defendants.

_____/

## DEFENDANT, IRONSHORE SPECIALTY INSURANCE COMPANY'S MOTION TO STRIKE PLAINTIFF'S CLAIM FOR ATTORNEYS' FEES

Defendant, IRONSHORE SPECIALTY INSURANCE COMPANY ("IRONSHORE"), by and through its undersigned counsel and pursuant to Rule 12(f)(2), Federal Rules of Civil Procedure, hereby moves this Court to strike the claim for attorneys' fees in the Amended Complaint filed by Plaintiff, GATOR COASTAL SHOPPING CENTRE, LLC ("Plaintiff"), and in support thereof, states:

1.     The above-styled action involves a policy of insurance issued by IRONSHORE to the insured, Sears Holding Corporation ("Sears"), identified by policy number 000423109 ("Policy").

2.     Plaintiff filed a thirty-six count Amended Complaint against IRONSHORE and seventeen additional Defendant insureds in the above-styled action with the alleged status of "Named Insured" or "Loss Payee" of the Policy.

1

3. The Amended Complaint includes a claim for attorneys' fees pursuant to section 627.428, Florida Statutes.

4. As explained in IRONSHORE's Motion to Dismiss Plaintiff's Amended Complaint, the Policy was executed and delivered to Sears in Illinois. Therefore, Illinois substantive law governs the Policy under the rule of lex loci contractus. *See State Farm Mutual Automobile Ins. Co. v. Roach*, 945 So. 2d 1160, 1163 (Fla. 2006).

5. Additionally, section 627.428, Florida Statutes does not apply to surplus lines insurers and IRONSHORE is a surplus lines insurer.

6. Thus, section 627.428, Florida Statutes is inapplicable.

7. Furthermore, Illinois law does not otherwise provide for recovery of attorneys' fees in any action by or against a company wherein there is only an issue of liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder.

8. Therefore, this Court should strike the claims for attorneys' fees in Plaintiff's Amended Complaint.

WHEREFORE, Defendant, IRONSHORE SPECIALTY INSURANCE COMPANY, respectfully requests that this Court enter an order striking the claim for attorneys' fees in the Amended Complaint filed by Plaintiff, GATOR COASTAL SHOPPING CENTRE, LLC, and grant IRONSHORE such other relief as the Court deems appropriate under the circumstances.

BUTLER WEIHMULLER KATZ CRAIG LLP


WILLIAM R. LEWIS, ESQ.
Florida Bar No.: 0879827
wlewis@butler.legal
Secondary:      bbroderick@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:      (813) 281-1900
Facsimile:       (813) 281-0900
*Attorney for Defendant,* IRONSHORE SPECIALTY
INSURANCE COMPANY


## CERTIFICATE OF SERVICE

I certify that I filed the foregoing Motion to Strike Attorneys' Fees on this 30th day of April 2020, using the CM/ECF system, which will provide a copy on all counsel of record.


WILLIAM R. LEWIS, ESQ.

3